```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
```

| WILLIAM DUFF, | **ORDER** |
|---|---|
| Plaintiff, | 13–CV–4854 (JMA) (ARL) |
| v. | **FILED CLERK** |
| VINCENT E. DEMARCO, et al, | 6/3/2016 2:22 pm |
| | **U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK LONG ISLAND OFFICE** |
| Defendants. | |

```
------------------------------------------------------------------------X
```

**AZRACK, United States District Judge:**

Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Lindsay recommending that the Court dismiss this action under Federal Rule of Civil Procedure 41(b). There have been no objections to the R & R. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge Lindsay's R&R in its entirety.

The Clerk of Court is directed to close this case and mail a copy of this Order to plaintiff.

**SO ORDERED.**

Dated: June 3, 2016
Central Islip, New York

                                                                /s/    JMA
                                          JOAN M. AZRACK
                                          UNITED STATES DISTRICT JUDGE